BB
AO 91 (Rev. 11/11) Criminal Complaint

2026R00029

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.

JAMES PATRICK LYONS

**Investigative – Filed Under Seal**

Case No. 26-mj-74___ (DLM)

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

**Count 1**: On or about January 18, 2026, in the State and District of Minnesota, defendant JAMES PATRICK LYONS did knowingly transmit, in interstate and foreign commerce, communications via a cellphone consisting of text messages containing threats to injure the person of another, namely Victim A, Victim B, Victim C, Victim D, and Victim E, Federal law enforcement officers, with the purpose of issuing a threat, and with knowledge that the communication would be viewed as a threat, and consciously disregarding a substantial and unjustifiable risk that the communication would be viewed as a threat, all in violation of Title 18, United States Code, Section 875(c).

I further state that I am a Special Agent with the FBI, and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:    ☒Yes    ☐ No

_____
*Complainant's signature*

Joel Smith, Special Agent, FBI
_____
*Printed name and title*

Sworn to and signed before me, by reliable electronic means (FaceTime and box on USAfx), pursuant to Fed. R. Crim. P. 41(d)(3),

Date:  1/25/26

City and State:  Saint Paul, MN

_____
*Judge's Signature*
Douglas L. Micko
United States Magistrate Judge
*Printed Name and Title*