UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

James Patrick Lyons,

Defendant.

No. 26-cr-00040 (SRN/ECW)

**MOTION FOR CONTINUANCE
OF MOTIONS DEADLINE**

Defendant, James Patrick Lyons, by and through his attorney, respectfully requests a continuance of the deadline to submit motions presently scheduled for March 20, 2026 per the Court's scheduling Order. (Doc. 26). Undersigned counsel was appointed to represent Mr. Lyons on February 18, 2026, and initial discovery materials were received on March 4, 2026. The defense needs additional time to fully review the discovery materials. For the foregoing reasons, Mr. Lyons requests a one-week extension of the motions deadline. Undersigned counsel has conferred with the government, and there is no objection to this request.

Respectfully submitted,

**WOLD LAW**

Dated: March 18, 2026

s/ Peter Wold
Peter Wold, ID #118382
TriTech Center, Suite 705
331 Second Avenue South
Minneapolis, MN 55401
Telephone: 612.341.2525