**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**JAMES PATRICK LYONS,**

Defendant.

Court File No. 26-CR-40 (SRN/ECW)

**ORDER**

Benjamin Bejar, Matthew Paulbeck, and Michael Blackburn, OFFICE OF THE UNITED STATES ATTORNEY, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for the Government.

Peter Wold and John Fee , WOLD LAW, 331 Second Avenue South, Suite 705, Minneapolis, MN 55401, for Defendant.

This matter is before the Court on Plaintiff United States of America's Motion to Dismiss Indictment in this matter as to the Defendant James Patrick Lyons, pursuant to Federal Rule of Criminal Procedure 48(a) (Doc. No. 59).

Accordingly, based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED that** the United States' Motion to Dismiss Indictment is **GRANTED** and the Indictment as to James Patrick Lyons [Doc. No. 9] is **DISMISSED with prejudice.**

Dated: Thursday, August 13, 2026

*s/ Susan Richard Nelson*
Susan Richard Nelson
United States District Judge